UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-mc-0101 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| CHRIS BARNA, | |
| Defendant and Judgment Debtor. | |
| ------------------------------------------------ | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee. | |

    Defendant and Judgment Debtor Chris Barna has filed an objection to the answer of the garnishee. Defendant has no objection to the garnishment of accounts ending in 5588, 3067, and 1071. However, with respect to the accounts ending in 3161 and 5050 (checking and savings), which are jointly held by defendant and his wife, defendant objects to the garnishment on the basis that the monies contained therein have been accumulated by defendant's wife, Laura Barna,

/////

1

as the proceeds of her work at a preschool.[1]  The accounts currently hold a combined amount of $2,699.76.  Defendant and his wife contend the amounts held in the joint accounts are necessary for the support of defendant's wife and his children.  Defendant and his wife specifically request that no hearing be held on the objections and that the matter be submitted on the papers.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than August 25, 2014, plaintiff shall file a response to defendant's objection.

2. The matter shall thereafter stand submitted.

Dated: August 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-barna.gar.obj

---

[1] Under California Family Code § 910, both spouses are liable for a debt incurred by either spouse before and/or during marriage.

2