BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS BARNA,<br><br>Defendant and Judgment Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | Case No.: 2:14-MC-00101-TLN-CKD<br><br>**STIPULATION FOR FINAL ORDER OF GARNISHMENT; AND ORDER THEREON**<br><br>Criminal Case. No. 2:12-CR-00408-TLN<br><br>No Hearing Requested |

    The signatories stipulate to the resolution of the United States' pending garnishment action against defendant Chris Barna's interest in five bank accounts maintained at JPMorgan Chase Bank as follows:

    1.    On December 12, 2013, defendant Chris Barna was sentenced in case number 2:12-CR-00408-TLN and ordered to pay a $100.00 statutory assessment and $1,016,505.90 in restitution. Docket Entry No. 42.

    2.    The United States sought, and the Clerk issued a writ of garnishment on July 22, 2014 against Defendant's personal and business banking accounts at garnishee JPMorgan Chase Bank, N.A. Misc. Case Docket Entry Nos. 3 and 5.

Stipulation re: Final Order of Garnishment; and Order     1

3. The Garnishee filed its answer to the writ on August 14, 2014 and identified five separate bank accounts associated with Defendant as:

    A. A joint account holder owner (with his spouse, Laura Barna) of the checking account ending in numbers 3161;

    B. A joint account holder owner (with Laura Barna) of the savings account ending in numbers 5050;

    C. The sole account holder of the business checking account ending in numbers 3067;

    D. The sole account holder of the business checking account ending in numbers 5588; and

    E. The sole account holder of the business savings account ending in numbers 1071.

DE No. 8.

4. The Defendant filed objections to the garnishment action concerning the two joint accounts identified in paragraphs 3A and 3B, above. Defendant does not object to the garnishment of the three sole accounts listed in paragraphs 3C – E. (DE No. 9, pages 8 – 9 and 12 – 13.) The signatories agree that the accounts identified in paragraphs 3A – B which are joint accounts with spouse, Laura Barna, shall not be garnished, while the accounts identified in paragraphs 3C – E shall be garnished in the United States' favor.

FOR THE UNITED STATES OF AMERICA:

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

Dated _____    _____
                                                    KURT A. DIDIER
                                                    Assistant United States Attorney

FOR CHRIS BARNA:

Dated _____    _____
                                                    CHRIS BARNA, an individual, in pro per

1  FOR LAURA BARNA:

3  Dated_____           _____
                                           LAURA BARNA, an individual, in pro per

Stipulation re: Final Order of Garnishment; and Order     3

**ORDER**

The Court, having reviewed the files and the parties' Stipulation for Final Order of Garnishment (the Stipulation) and finding good cause therefore, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for a final order of garnishment liquidating Defendant's bank accounts identified in paragraphs 3A – B, above, is DENIED;

2. The United States' application for a final order of garnishment liquidating Defendant's bank accounts identified in paragraphs 3C – E, above, is GRANTED; and

3. JPMorgan Chase Bank shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check, money order or company draft for the entire balances contained in the accounts under the name of Chris Barna ending in the numbers 3067, 5588, and 1071, and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  JPMorgan Chase bank shall also state the docket number (Case No.:  2:12-CR-00408-TLN) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated:  August 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Final Order of Garnishment

1